E-FILED
Wednesday, 17 November, 2004  04:19:31 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -v- | ) No. 04-CR-10062 |
| | ) |
| JOSE PEREZ-LEON | ) |
| a/k/a DANIEL MARTINEZ | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MEMORANDUM IN RESPONSE TO GOVERNMENT'S MOTION FOR DETERMINATION OF PROPRIETY OF COUNSEL'S CONTINUED REPRESENTATION OF DEFENDANT, PEREZ-LEON**

The defendant, Jose Perez-Leon, by his attorney, James A. Martinkus of Erwin, Martinkus & Cole, Ltd., for his Memorandum in Response to Government's Motion for Determination of Propriety of Counsel's Continued Representation of Defendant, Perez-Leon, states as follows:

The Government has filed its Motion seeking a determination of whether defendant's chosen private counsel, James A. Martinkus, should continue to represent the defendant in the pending criminal action. The Government asserts that simply because another member of counsel's firm, Attorney Lynne Feldman, represented the defendant in immigration matters, specifically in filing on his behalf a Form I-485 (Request for Permanent Resident Status) with the Department of Justice in 2002, that Attorney Martinkus should not continue as defendant's counsel. The Government argues that it *may* file additional criminal charges against the defendant for the false statements on the I-485 and that Attorney Feldman *would* be a witness in a trial on those charges, and, further, that Attorney Feldman *could* be a witness in the Government's case in chief in the current case, or as a rebuttal witness for the defendant.

The Government cites to and quotes sections (a) and (b) of Rule 3.7 the Illinois

Rules of Professional Conduct. However, it fails to cite to section (c) of the Rule which states as follows, "Except as prohibited by Rule 1.7 or Rule 1.9, a lawyer may act as advocate in a trial in which another lawyer in the lawyer's firm may be called as a witness." Rule 1.7 concerns Conflict of Interest in a general sense and Rule 1.9 concerns a Conflict of Interest with a former client, neither of which are relevant in the current situation. On its face, Rule 3.7 allows Attorney Martinkus to continue to represent the defendant even if Attorney Feldman was called as a witness in the trial of this cause.

This Court should deny the Government's Motion.

s/**James A. Martinkus**
James A. Martinkus Bar Number: 21116
Attorney for Defendant, Jose Perez-Leon
Erwin, Martinkus & Cole, Ltd.
411 West University Avenue
P.O. Box 1098
Champaign  IL  61824-1098
(217) 351-4040
FAX 217-351-4314
jim.martinkus@erwinlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:
john.campbell2@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  <u>None</u>.


s/**James A. Martinkus**
James A. Martinkus Bar Number: 21116
Attorney for Defendant, Jose Perez-Leon
Erwin, Martinkus & Cole, Ltd.
411 West University Avenue
P.O. Box 1098
Champaign  IL  61824-1098
(217) 351-4040
FAX 217-351-4314
jim.martinkus@erwinlaw.com


F:\USERS\JAM\Criminal Clients\Perez-Leon\memo oppose disqualify.wpd