## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Criminal No. 04-10062** |
| | ) | **VIO: Title 18, United States Code,** |
| **JOSE PEREZ-LEON** | ) | **Sections 1001 and 1546; Title 8, United** |
| **a/k/a DANIEL MARTINEZ,** | ) | **States Code, Sections 1326(a) and (b)** |
| | ) | |
| **Defendant.** | ) | |

### SUPERCEDING INDICTMENT

**FILED**

**NOV 1 7 2004**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

THE GRAND JURY CHARGES:

### COUNT 1

From on or about February 6, 2002, until on or about June 28, 2002 in the Central District of Illinois and elsewhere, in a matter within the jurisdiction of the United States Department of Justice, Immigration and Naturalization Service (now known as the United States Department of Homeland Security), an agency of the United States, the defendant,

### JOSE PEREZ-LEON
### a/k/a DANIEL MARTINEZ,

knowingly and willfully made and caused to be made a false material statement and representation on an application for permanent resident status namely that he had never been arrested or charged for breaking or violating any law, and that he had never been deported or removed from the United States when in fact the defendant well knew those statements and representations were false.

All in violation of Title 18, United States Code, Section 1001.

## COUNT 2

From in or about 2003 until on or about August 24, 2004 in the Central District of

Illinois, the defendant,

### JOSE PEREZ-LEON
### a/k/a DANIEL MARTINEZ,

knowingly possessed an employment authorization card, a document prescribed by statute or

regulation as evidence of authorized stay and employment in the United States, knowing it to

have been procured by means of a false statement.

All in violation of Title 18, United States Code, Section 1546.

## COUNT 3

From in or about April, 2004, to August 24, 2004, in McDonough County, in the Central

District of Illinois, the defendant,

### JOSE PEREZ-LEON
### a/k/a DANIEL MARTINEZ,

an alien, having previously been deported to Mexico from the United States at Laredo, Texas on

or about April 28, 1994, after his conviction in Warren County, Kentucky for the commission of

an aggravated felony, by possessing a document prescribed by statute or regulation as evidence of

authorized stay or employment in the United States, to wit:  Criminal Possession of a Forged

Instrument, A Permanent Resident Alien Card, was found to be in the United States without the

Attorney General or the Secretary of Homeland Security having expressly consented to the

defendant's reapplying for admission to the United States.

2

All in violation of Title 8, United States Code, Sections 1326(a) and (b).

A True Bill.

S/ Foreperson
Foreperson

S/ Tate Chambers

JAN PAUL MILLER
UNITED STATES ATTORNEY

JHC*ms

3