E-FILED
Wednesday, 24 November, 2004 02:34:28 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>) |
| | ) CASE NO. **04-10062** |
| | ) |
| **Jose Perez-Leon**<br>    Defendant | )<br>) |

SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **11:30 a.m.** on **Thursday, December 9, 2004**.

This matter is set for Jury Trial at **9:00 a.m.** on **Monday, December 20, 2004**

at

[X ] Peoria, Illinois

before the Honorable Joe B. McDade, Chief U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this   24th   day of November, 2004

/s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE