E-FILED
Thursday, 02 December, 2004  09:20:14 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 04-10062 |
| JOSE PEREZ-LEON, | ) |
| Defendant. | ) |

MOTION TO CONTINUE

Now comes the Defendant JOSE PEREZ-LEON by his attorney KARL W. BRYNING, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order continuing the pretrial conference presently scheduled for December 9, 2004, and the trial, presently scheduled for December 20, 2004, to some future dates, and, in support thereof, states as follows:

1.   Defense counsel received additional discovery in this cause on November 30, 2004 relating to two additional counts added by way of superseding indictment.

2.   Counsel requires additional time to review discovery and meet with Mr. Perez-Leon to discuss the discovery and his case through interpreter. For this reason, defendant cannot be ready for trial or to file other motions before the scheduled dates.

3.   Assistant United States Attorney John Campbell was advised of this request and indicated that he had no objection.

4. In order to protect the defendant's Fifth and Sixth Amendment's rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by continuing the pretrial conference and the jury trial to future dates.

WHEREFORE, defense counsel respectfully requests the entry of an Order continuing the pretrial conference jury trial dates in this cause.

> JOSE PEREZ-LEON, Defendant
>
> RICHARD H. PARSONS
> Federal Public Defender
>
> s/ Karl W. Bryning
> Karl W. Bryning
> Assistant Federal Public Defender
> Attorney for Defendant
> 401 Main Street, Suite 1500
> Peoria, Illinois 61602
> Phone: 309/671-7891
> FAX: 309/671-7898
> Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

       I hereby certify that on December 2, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. John Campbell, Assistant United States Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

                                    s/ Karl W. Bryning

                                    Karl W. Bryning
                                    Assistant Federal Public Defender
                                    Attorney for Defendant
                                    401 Main Street, Suite 1500
                                    Peoria, Illinois 61602
                                    Phone: 309/671-7891
                                    FAX: 309/671-7898
                                    Email: karl_bryning@fd.org