**E-FILED**

Friday, June, 2005 05:51:53 AM
Clerk, District Court, ILCD

**FILED**

JUN 0 9 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DECEMBER 4 2004

TO WHOM IT MAY CONCERN

      My name is Lorena Perez Leon. I am the wife of Jesus Perez. I hope you will not send my husband back to Mexico. I can not fend for myself or my son, who is 2 years old, his name is Kevin Perez. I need my husband to support us here in the United States. We enjoy living here..I would like my son to have a future here in the United States. To have better life for himself as well as for ourselves. Jesus is a good man. A good father and a good husband and a great provider. With out him, we are lost. Please take this into consideration as you decide what to do with My Husband Jesus Perez.

I thank you for taking the time to read my letter in his behalf. And our future.

      Sincerely

      *Lorena Perez*

      Lorena Perez

Your Honor

My name is Martin Perez Leon. I am the brother of Jose Jesus Perez Leon.
I am a permanent resident of the United States, living with my wife Anna Perez
and my son Jarrod Fabian Perez here in Illinois.

I have known Jesus' all of my life and worked with my brother in the restaurant business
many times. Jesus' is a good person and never wanted to do anybody any wrong.
He has only tried to make things right. My brother was deported to Mexico and later he
came back to the United States, not to be a criminal, but to have a better life for his wife
and family here in the United States. Things are hard in Mexico. Jesus' was hungry and
wanted to work. The court says Jesus' had a fake I.D. If he had one it was only because
he was told he must have a card to work. I am a business owner of several restaurants
in Illinois and I would be grateful if you would allow my brother to stay in the United
States to work for me as a manager in my restaurants after he has been released.

Thank you for your time and consideration in this matter.

Martin Perez Leon

SANDRA A. LANGLEY
Notary Public - Illinois
Champaign County
Commission Expires August 1, 2005

1/13/05

Sandra A. Langley
Notary Public

Your Honor                                                    1-12-05

My name is Anna Perez, I am an American citizen, born in Tulsa, Oklahoma, USA.

I am writing on behalf of my brother-in-law, Jose Jesus' Perez Leon. Jesus' is my
husband's brother.
I have known Jesus' Perez for about 10 years. He has always been a hard working man.
He has worked for El Rancherito Mexican Restaurant for a long time, as their Manager
in Macomb, IL.
    Jesus' has always done his very best at work, he always took very good care of
his customers and was always very dependable as the manager of El Rancherito. Jesus'
worked 60 hours or more every week and he always tried to be as honest as possible.

   When Jesus' had the opportunity to make things right and get his permanent residents
card, he applied for his papers being up front to tell the truth.
   Even when he filled out his papers with the immigration lawyer, Lynn Feldman,
Jesus' told her he had been deported, she told him to check box saying 'no' since it
happened many years ago.
   Jesus' has now been detained in jail for some time now and it has greatly taking a toll
on his family.
 His wife, Lorena has also applied for permanent residency through her husband.

      Lynn Feldman has recently contacted U. S. Homeland Security and has withdrawn
her representation of Jesus' and Lorena as of Nov. 30, 2004. I think this is really sad
since Jesus and his wife Lorena paid her and her firm thousands of dollars to represent
them, copies of letters are attached.
 Their son, Kevin, who is now 2 years old and born in the United States has been having
a difficult time being separated from his dad, Jesus'
            Your Honor, I do hope we can somehow get Jesus' out of this mess and
reunited him with his family. Thank you for your time and consideration.

Anna Perez

SANDRA A. LANGLEY
Notary Public - Illinois
Champaign County
Commission Expires August 1, 2005

1/13/05

Sandia Q Langley
Notary Public

Attorneys at Law

411 West University Avenue
Champaign, Illinois 61820
217-351-4040

Mailing Address:
P.O. Box 1098
Champaign, Illinois 61824-1098
FAX: 217-351-4314

SAM ERWIN (1935-2002)

JAMES A. MARTINKUS
PAUL R. COLE
RICHARD C. KIRBY
SARAH B. TINNEY
JEFFERY B. WAMPLER
LYNNE R. FELDMAN
R. MICHAEL BROWN
WAYNE O. SMITH
JEFFREY L. HAYS

ANNE M. MARTINKUS
MIKE McCORMICK
BRIAN E. KING
L. JOHN CLAUSEN
RICK W. AEILTS

November 30, 2004

Paralegals
CAROLYN S. PITTS CLA
PETER PAOLI
BOYD C. LaFOON
JENNIFER R. SPLINTER

U. S. Department of Homeland Security
Citizenship and Immigration Services
Attn: Adjudications
10 West Jackson Blvd., Room 323
Chicago, IL 60690

### RE: PEREZ LEON, Jose Jesus (#A 95 388 695)
### Withdrawal of Representation

Dear USCIS Adjudicator:

By this letter, we are withdrawing on behalf of Jose Jesus PEREZ LEON as his attorney of record. All future correspondence should be sent to Jose Jesus. The latest address I have for him is:

1601 East Jackson Street
Trailor #32
Macomb, IL 61455

If you require anything further, please advise.

Sincerely,

Lynne R. Feldman

LRF:lh
pc:  Jose Jesus PEREZ LEON
     Diana Vizcaino

ERWIN, MARTINKUS & COLE, LTD.

411 West University Avenue
Champaign, Illinois 61820
217-351-4040

Mailing Address:
P.O. Box 1098
Champaign, Illinois 61824-1098
FAX: 217-351-4314

Attorneys at Law

SAM ERWIN (1935-2002)

JAMES A. MARTINKUS
PAUL R. COLE
RICHARD C. KIRBY
SARAH B. TINNEY
JEFFERY B. WAMPLER
LYNNE R. FELDMAN
R. MICHAEL BROWN
WAYNE O. SMITH
JEFFREY L. HAYS

ANNE M. MARTINKUS
MIKE McCORMICK
BRIAN E. KING
L. JOHN CLAUSEN
RICK W. AEILTS

Paralegals
CAROLYN S. PITTS CLA
PETER PAOLI
BOYD C. LaFOON
JENNIFER R. SPLINTER

November 30, 2004

U. S. Department of Homeland Security
Citizenship and Immigration Services
Attn: Adjudications
10 West Jackson Blvd., Room 323
Chicago, IL 60690

**RE:   LEON de PEREZ, Maria Lorena (#A 95 577 499)**
**Withdrawal of Representation**

Dear USCIS Adjudicator:

By this letter, we are withdrawing on behalf of Maria Lorena LEON de PEREZ as her attorney of record. All future correspondence should be sent to Maria. The latest address I have for her is:

> 1601 East Jackson Street
> Trailor #32
> Macomb, IL 61455

If you require anything further, please advise.

Sincerely,

Lynne R. Feldman

LRF:lh
pc:   Maria Lorena LEON de PEREZ
      Diana Vizcaino

December 1, 2004

TO WHOM IT MAY CONCERN:

I GUADALUPE DO HEREBY STATE THAT I DO INDEED KNOW JESUS PEREZ

WHO RESIDES IN ILLINOIS. HE IS MY BROTHER-IN-LAW AND I HAVE

KNOWN HIM FOR APPROXIMATELY 5 YEARS. HE IS OF GOOD MORAL

CHARACTER AND HAS A GOOD WORK ETHIC.

IF I CAN BE OF FURTHER ASSISTANCE, PLEASE DO NOT HESISTATE TO

CONTACT ME.

THANK YOU,

---

GUADALUPE AYALA

SIGNED IN MY PRESENCE ON _____ ,2004

_____
NOTARY

MY COMMISION EXPIRES _____

*Rosa Onate Perez*

*Ridgeview Center #6*
*Wise Va 24293*
*276-328-1207 H*
*276-679-5850*

*December 6, 2004*

*To Whom it may Concern*

*My name is Rosa Onate, I am the sister of Jesus Perez. I do not want to see my brother sent back to Mexico ...He is a big part of our life and I know a big part of his family life as well ...He is a good provider and a wonderful father for his son ...Kevin Perez who is now 2 yrs old...With out him,.His wife can not pay the house payments or the regular bills by herself and support herself and son...If there is any thing I can do to help him in any way, I and my husband are more than willing to help him Here in the United States*

*Sincerely,*

*Signature*  Rosa Peres
        Rosa Onate Perez

Subscribed and sworn to before me
This 6th day of December 2004
At Wise Virginia

Rosa Mary Nelson
Notary Public

Jose Onate

Ridgeview Center #6
Wise Va 24293
276-328-1207 H
276-679-5850

December 6, 2004

To Whom It May Concern:

*I am the brother-In-Law of Jesus Perez. I do not want to see my brother
in law sent back to Mexico. He is a good human being. A great Father,
a good husband. He is also a kind person and wishes no wrong to any
one. All he wants to do is provide a good home for his family. With out
him at home,,,,his wife can not provide for herself or for their son, Kevin
Perez, who is now only 2 years old. Life is hard in today's society, with
out the Father at home. If can help in any way, I am willing to try for
him. He would do the same for me. Please give him a chance to provide a
good home here in the United States, for his family.*

*I thank you for taking the time to read my letter in his behalf.*

Sincerely,

Signature  _Jose Onate_

Subscribed and sworn to before me
This 6th day of December 2004
At Wise Virginia

_Mary Nelson_
Notary Public



THE UNITED STATES OF AMERICA

No. 26365998

*Personal description of holder as of date of naturalization:* Date of birth: AUGUST 03, 1959

Sex: MALE

Height: 5 feet 1 inches

Marital status: MARRIED

Country of former nationality: MEXICO

*Jose Oñate*

INS Registration No. A099128871

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

*Jose Oñate*
(Complete and true signature of holder)

*Be it known that, pursuant to an application filed with the Attorney General*

at: ARLINGTON, VIRGINIA

*The Attorney General having found that:*

JOSE OÑATE

*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

at: BIG STONE GAP, VIRGINIA

on: FEBRUARY 14, 2001

*that such person is admitted as a citizen of the United States of America.*

Commissioner, Immigration and Naturalization Service

FORM N-550 (REV. 6-91)

12/28/2004

Hello Judge,

My name is Ruben Perez and I am a brother of Jesus Perez. In this letter, I would like to ask you for a favor, to please release my brother, Jesus, and let him stay in the United States.

I have known Jesus all my life. He has always been a good worker and very responsible in his family. He is married and has one son here in the United States. His wife cannot pay their bills by herself. She cannot work that many hours a day because she has to watch their son. That is why I am asking you to please release Jesus and let him stay in the United States, so he can work regularly like he was before and take care of his wife and son.

Sincerely,

RUBEN PERES

Ruben Perez
1405 South 34th Street, Apt. 315
Mt. Vernon, IL 62864



PERMANENT RESIDENT CARD

NAME PEREZ LEON, RUBEN

INS A# 091-300-890

Birthdate                    Sex
06/1                          M

Country of Birth
Mexico

CARD EXPIRES 06/05/11

Resident Since 10/03/90

C1USA0913008903LIN0112356786<<
5705137M1104053MEX<<<<<<<<<<<6
PEREZ<LEON<<RUBEN<<<<<<<<<<<<<