Case: 1:04-cr-10062

E-FILED
Monday, 20 June, 2005  11:03:36 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 309
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS

L Felipe Sanchez
7150 Indianapolis Blvd
Hammond, IN 46324

FILED
JUN 20 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NIXIE    463    1    36 06/16/05
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 61602109784    *0912-03968-13-43