AUG **3 1** 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name: Jose Perez-Leon

Case Number: 04-10062

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed Pre-Sentence Report (document number __17__), Sentencing Recommendation (document number __18__) and Statement of Reason(s) Page (document number __19__) were returned to the U.S. Probation Office on __8/29/5__.

Received by:

s/ D Heuerman
U.S. Probation Office
Date: 8/31/05